NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONALD VALENTINE,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-670
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
                                     )
_____ )

Opinion filed March 29, 2019.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Howard L. Dimmig, II, Public Defender, and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.